# MEMORANDUM

**TO:** Honorable John M. Rogers
Sixth Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

**FROM:** U.S. District Judge Harry S. Mattice, Jr.

**SUBJECT:** Advance Authorization for Investigative, Expert or Other Services

It is requested that advance authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. § 3006A, as follows:

**Case Name & Designation:** USA vs. Joe Walker - 4:09-cr-49

**Name of Expert or Investigator:** Denis Bakkom

**Address:** P.O. Box 17446, Chattanooga, TN

**Type of Expert:** Investigator

**Reason for Application:** The reason for the application is set out in the attached Second Motion for Authorization for Additional Investigative Services and Affidavit (Doc. 56). Counsel for defendant has advised that it is projected that further investigative services will require an additional cost of $1,500.00, for a total approved amount not to exceed $3,100.00.

**Estimated Compensation:** $3,100.00

I certify that the estimated compensation in excess of the maximum set forth in subsection (e)(3) of the Criminal Justice Act appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this advance authorization in the amount of an additional $1,500.00.

_____    12/16/09
U.S. District Judge Harry S. Mattice, Jr.    Date

_____    DEC 29 2009
Honorable John M. Rogers    Date
U.S. Court of Appeals